[Nos. 40470-2-II; 40790-6-II.   Division Two.   March 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. HOLCOMB, *Appellant*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00487-3, David L. Edwards, J., entered March 9, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Armstrong and Hunt, JJ.

[No. 41441-4-II.   Division Two.   March 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. THURMAN FINLEY SHERRILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-04593-8, Vicki L. Hogan, J., entered October 22, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Armstrong and Hunt, JJ.

[No. 29140-5-III.   Division Three.   March 29, 2012.]

RONALD C. LANDBERG, SR., ET AL., *Appellants*, v. EQUITY TRUST COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 09-2-00242-4, Allen Nielson, J., entered May 13, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Sweeney and Brown, JJ.

[No. 29383-1-III.   Division Three.   March 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KORY NATHENIEL WARD, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-1-02145-4, Michael E. Schwab, J., entered July 28, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.